[No. 41030-0-I.    Division One.    May 18, 1998.]

IN THE MATTER OF THE MARRIAGE OF GLORIA J. HARDY, *Respondent*, and DARYL C. BEAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-3-02603-9, Jim Bates, J., entered July 11, 1998. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Ellington, JJ.


[No. 41033-4-I.    Division One.    May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GALDINO MIRANDA-VALENCIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01250-0, Ann Schindler, J., entered July 7, 1997. *Affirmed* by unpublished per curiam opinion.


[No. 41197-7-I.    Division One.    May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIAN BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00956-8, Donald D. Haley, J., entered September 4, 1997. *Reversed* by unpublished per curiam opinion.